**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| INLAND BUILDERS CORPORATION, a Corporation | CIVIL CASE NO.: CV0070-17 |
| Plaintiff, Counterclaim Defendant, | |
| vs. | DECISION AND ORDER (GEDA's Motion to Shorten Time) |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY, a Public Non-Profit Corporation, and DOES 1 THROUGH 5 | |
| Defendants, | |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY, a Public Non-Profit Corporation, | |
| Counterclaimant. | |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY, a Public Non-Profit Corporation, | |
| Third Party Plaintiff, | |
| vs. | |
| ARCHITECTS LAGUANA & CRISTOBAL LLC, | |
| Third Party Defendant. | |

## INTRODUCTION

This matter came before the Honorable Anita A. Sukola on December 14, 2017 on Defendant/Counterclaim Plaintiff Guam Economic Development Authority's ("GEDA") Motion to Shorten Time. Attorney R. Marsil Johnson appeared on behalf of Plaintiff/Counterclaim Defendant Inland Builders Corporation's ("IBC"). Attorney Rachel Taimanao-Ayuyu appeared on behalf of Defendant/Counterclaim Plaintiff Guam Economic Development Authority ("GEDA"). Upon review of the written and oral arguments, legal authorities presented by the parties, and for the reasons set out herein, the Court hereby **GRANTS** GEDA's Motion to Shorten Time.

## BACKGROUND

The discovery cutoff in this case was October 28, 2019. On October 4, 2019, GEDA noticed IBC of its Rule 30(b) deposition to take place on October 22, 2019. On October 14, 2019, IBC informed GEDA that it objected to the deposition on grounds that the subject matters were overbroad. On October 16, 2019, GEDA's counsel responded that it did not agree with the objection, and that the deposition would proceed as scheduled on October 22, 2019. On October 21, 2019, IBC filed a Motion for Protective Order, seeking to prohibit the deposition in its entirety. IBC did not appear for the deposition on October 22, 2019.

On October 25, 2019, GEDA filed a Motion to Compel and for Sanctions for Failure to Appear. Pursuant to the CVR 7.1 Form 1 filed along with the Motion, IBC's Opposition brief is due on November 22, 2019, and GEDA's Reply brief is due on December 6, 2019. On October 28, 2019, GEDA filed a Motion to Shorten Time for the Motion to Compel. IBC filed an Opposition on October 29, 2019. On November 15, 2019, the Court heard a Motion Hearing on the Motion to Shorten Time and subsequently took the matter under advisement.

## DISCUSSION

A party may move for an order to shorten time under Guam Rule of Civil Procedure 6(c). Whenever possible the court shall ensure time is afforded the opposing party to oppose a motion to shorten time. *Id.* If the motion to shorten time is granted, the court may order the parties to proceed with the matter at a time to be fixed by the court. *Id.*

The Court notes that, despite the large discovery period of this case, GEDA waited until the last month of the discovery period to notice the deposition of IBC, and scheduled the deposition to take place during the last week of the period. Despite the last-minute nature of the deposition, GEDA has complied with the discovery plan by properly noticing and scheduling a deposition for IBC within the discovery period. IBC has filed a Motion for Protective Order. In the event that IBC's Motion for Protective Order is denied, the occurrence of the deposition will be significantly delayed. GEDA argues that this delay will be prejudicial because GEDA needs information from the deposition in order to prepare its defense.

Despite GEDA's failure to file its deposition notice with reasonable time to address any complications that could arise, it filed its notice within the discovery period and should not be punished as if it had filed its notice in an untimely manner. The Court therefore finds that there is good cause to expedite the resolution of this matter. To avoid prejudice to IBC, the due date for the Opposition brief will remain November 22, 2019. The Motion Hearing for the Motion to Compel will take place on November 26, 2019, and the Court will take the matter under advisement at that time. GEDA is permitted to file a Reply brief at any time prior to the Motion Hearing.

## CONCLUSION

For the reasons stated herein, the Court hereby **GRANTS** GEDA's Motion to Shorten Time.

A **Motion Hearing** for GEDA's Motion to Compel is set for November 26, 2019, at 11 a.m.

**SO ORDERED** ___11/19/19___ .

The Honorable Anita A. Sukola
Judge, Superior Court of Guam

SERVICE VIA COURT B..

I acknowledge that a copy of the original hereto was placed in the court box of: BLAIR, FISHER TARPLEY

Date: 1/19/19 Time: 2p

Deputy Clerk, Superior Court of Guam

CV0070-17 Inland Builders Corp. v. GEDA, *et al.*
Decision and Order GEDA's Mot. to Shorten Time

Page 4 of 4